

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0051-14

### HENRY TAYLOR, JR., Appellant

### v.

### THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE SIXTH COURT OF APPEALS GREGG COUNTY

**JOHNSON, J., filed a dissenting opinion.**

## D I S S E N T I N G   O P I N I O N

All sides seem to agree that appellant is monumentally inept at business. The evidence establishes that he is also monumentally inept at installing signs. The trouble seems to have started when his father "stepped out" of the business, leaving appellant to both run the business side and the installation side unsupervised. Appellant has proved himself to be completely unable to perform either task. But that is not a crime. This is a contract dispute, and it should be left to the civil courts to resolve it. I respectfully dissent.

Filed: December 10, 2014
Publish